FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2006 OCT 17  A 11: 22

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

MARQUIS B. WEST,

    Plaintiff,

v.

BRYAN HIGGINS; JENNIFER ZAK; TAMARA BENNETT; KIMBERLY BRAUDA; VIRGINIA SCOTT; JOE SHYROCK; VIRGINIA HOGAN; Ms. KITCHENS; Dr. SCOTT BALOGH; Dr. ARIADI; Dr. DENTON; HUGH SMITH, Warden; JOHN PAUL, Warden, and STEVE ROBERTS, Deputy Warden,

    Defendants.

CIVIL ACTION NO.: CV606-083

## ORDER

Let a copy of this Report and Recommendation be served upon the parties. The parties will be allowed ten (10) days from the date of service of this Report and Recommendation to file objections. If no objections are made, this Report and Recommendation will be adopted as a record of the proceedings and may become the opinion and order of the Court. Nettles v. Wainwright, 677 F.2d 404 (5th Cir. Unit B 1982).

All requests for additional time to file any objections to this Report and Recommendation should be filed with the Clerk for consideration by the District Judge to whom this case is assigned for his determination.

AO 72A
(Rev. 8/82)

The Clerk of Court is directed to submit the Report and Recommendation with objections, if any, on or before the ___6th___ day of ___November___, 2006.

**SO ORDERED**, this ___17th__ day of October, 2006.

                                          JAMES E. GRAHAM
                                          UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)