UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

MARQUIS B. WEST,

Plaintiff,

v.                               606CV083

JENNIFER ZAK, et al.,

Defendants.

## ORDER

42 U.S.C. § 1983-inmate/plaintiff Marquis B. West moves this Court for summary judgment, doc. # 168, for oral argument, doc. # 172, and for leave to appeal *in forma pauperis* (IFP). Doc. # 165. In that West has appealed prior rulings that are intertwined with the subject of West's latest summary-judgment and oral argument motions,[1] this Court is divested of jurisdiction,[2] so the motions (doc. ## 168, 172) are *DENIED* without prejudice.

To succeed on his IFP motion, West need not show that he will prevail on appeal, only "that a reasonable person could suppose that the appeal has some merit." *Walker v. O'Brien*, 216 F.3d 626, 632 (7th Cir. 2000). Plaintiff, however, merely asserts that his appeal "holds merit" but fails to explain why. Nor does anything leap out of his other filings. Accordingly, the Court *DENIES* his IFP motion (doc. # 165), too.

Pursuant to Eleventh Circuit policy, appellate fees are collected even if leave to proceed IFP on appeal is denied. *See* 28 U.S.C. § 1915(b) ("Notwithstanding subsection (a), if a prisoner brings a civil action *or* files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of the filing fee") (emphasis added) and F.R.App.P. 3(a)(1),(2) (a litigant brings an appeal merely by filing a Notice of Appeal). Thus, the Clerk shall assess him the $455 appellate filing fee. *Bettis v. Jail Admin.*, 07-12549-E (11th Cir. 10/9/07) (unpublished).

Finally, the Clerk shall serve a copy of this Order upon the Magistrate Judge, who is reminded to consult the Court's records upon receipt of any additional cases West may file, and enforce 28 U.S.C. § 1915(g). *See West v. Warnock*, 605CV047 (S.D.Ga.) (in many respects the same case as is presented here); *West v. Jackson*, 605CV008, doc. # 3 at 3 (S.D.Ga. R&R entered 2/24/05, noting multiple other *West* cases filed over the years).

This 24 day of March, 2008.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] *See* doc. # 119 (Report and Recommendation (R&R) on defense summary-judgment motion regarding West's complaints regarding his allegedly deficient psychiatric treatment, his subjection to razor blades that he could use to harm himself, etc.); # 156 (Order adopting R&R), # 157 (judgment dismissing case), # 169 (West's summary-judgment brief detailing his complaints about deficient psychiatric treatment, being exposed to razor blades).

[2] *See U.S. v. Tovar-Rico*, 61 F.3d 1529, 1532 (11th Cir. 1995) (in the usual case, with limited exceptions, filing of notice of appeal divests district court of jurisdiction over aspects of case involved in appeal).