UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

MARQUIS B. WEST,

v.     606CV083

BRYAN HIGGINS, et. al,

Defendants.

## ORDER

On 5/26/09, the Court denied *pro se* inmate Marquis West's motion for Relief from Judgment pursuant to F.R.Civ.P. 60(b)(3), in which he sought relief from the Court's grant of summary judgment to the defendants in his 42 U.S.C. § 1983 claim. Doc. # 217. Presently before the Court is West's Motion for Reconsideration of that denial. Doc. # 218.

"Reconsideration may be necessary if there is (1) newly discovered evidence, (2) an intervening development or change in controlling law, or (3) the need to correct a clear error or prevent manifest injustice." *Jersawitz v. People TV*, 71 F. Supp. 2d 1330, 1344 (N.D. Ga. 1999). Otherwise, a reconsideration motion "is not an opportunity for the moving party to instruct the court on how the court could have done it better the first time." *Id.* (quotes, cite and alteration omitted). Nor is it an appropriate vehicle to "present authorities available at the time of the first decision or to reiterate arguments previously made." *Burger King Corp. v. Hinton, Inc.*, 2002 WL 31059465, at *1 (S.D. Fla. 7/19/02) (unpublished). It is only appropriate where the "Court has patently misunderstood a party, or has made a decision outside of the adversarial issues presented to the Court by the parties, or has made an error not of reasoning, but of apprehension.... Such problems rarely arise and the motion to reconsider should be equally rare." *Burger King Corp. v. Ashland Equities, Inc.*, 181 F. Supp. 2d 1366, 1369 (S.D. Fla. 2002) (quotes and cites omitted); *Stewart v. Hooters of America, Inc.*, 2008 WL 4534030, at *2 (M.D. Fla. 10/6/08) (unpublished).

Here, West has furnished nothing more than re-argument. The Court has already considered and addressed his contentions. Accordingly, his motion is *DENIED*. Doc. # 218.

This day of 16 June 2009.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA